

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00318-CR

ANDREAS MARCOPOULOS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 248th District Court of Harris County. (Tr. Ct. No. 1440970).

This case is an appeal from the order signed by the trial court on March 2, 2015. After due consideration, the Court **grants** the appellant's motion to consolidate and dismisses this appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 10, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.